# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | Bankruptcy No. **10-23344-MBM** |
| | ) | Re: Docket No. |
| **O'BRIEN, WILLIAM** | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | Doc. No. |
| **Debtor(s)** | ) | |
| | ) | |
| **ROSEMARY C. CRAWFORD,** | ) | |
| **CHAPTER 7 TRUSTEE,** | ) | |
| | ) | |
| **Movant.** | ) | |

## TRUSTEE'S MOTION TO SELL
## PERSONAL PROPERTY OF THE ESTATE
## FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES

AND NOW COMES, Rosemary C. Crawford, Chapter 7 Trustee, and hereby files the Trustee's Motion to Sell Personal Property of the Estate Free and Clear of All Liens and Encumbrances as follows:

1. This case was filed voluntarily under Chapter 7 of the Code, by William O'Brien on May 6, 2010.

2. Rosemary Crawford is the duly appointed Chapter 7 Trustee.

3. This Honorable Court has jurisdiction pursuant to 28 USC §157.

4. This is a core proceeding within the meaning of 28 USC§157.

5. Rosemary C. Crawford, Trustee Movant ("Movant"), wishes to sell the following property of the estate, pursuant to 11U.S.C.§363(b): 2004 Chevrolet Colorado.

6. Movant has received an offer from Norman Bell for $4,700.00.

7. The terms and the conditions of the sale are as follows:

    a. The sale is subject to higher and better offers;

    b. The offer is in cash;

c. The property is sold in "as is, where is" condition and subject to all liens and encumbrances;

d. Full payment is due with thirty (30) days after the sale Order is entered by this Honorable Bankruptcy Court;

e. The ten (10) day stay imposed by Bankruptcy Rule 6004(g) does not apply: and

f. A $1,000.00 deposit is required in form of a money order or cashier's check.

8. Movant requests that a hearing be held and that higher and better offers be considered.

WHEREFORE, Movant prays that this Honorable Court enter and Order authorizing this sale on the terms and conditions stated herein, that this Court grant such other and further relief as it seems just and proper.

Respectfully submitted,

Dated: September 3, 2010

/s/Rosemary C. Crawford
Rosemary C. Crawford, Trustee
Crawford McDonald, LLC
P.O. Box 355
Allison Park, PA 15101
Pa. I.D. No. 56981
(724) 443-4757
crawfordmcdonald@aol.com